1  Name          _____
2  Bar #         _____
   Firm          _____
3  Address       _____
4                _____
5                _____
   Telephone     _____
6

7              IN THE UNITED STATES DISTRICT COURT
8                 FOR THE DISTRICT OF ARIZONA
9

10                                    )
11                                    )
                                      )
12         Plaintiff,                 )
                                      )   **Case No.**
13         vs.                        )
                                      )   **Corporate Disclosure Statement**
14                                    )
                                      )
15         Defendant.                 )
                                      )
16  _____   )

17

18      This Corporate Disclosure Statement is filed on behalf of _____
    in compliance with the provisions of: *(check one)*
19
            \_\_\_\_    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20          action in a district court must file a statement that identifies any parent corporation
21          and any publicly held corporation that owns 10% or more of its stock or states that
            there is no such corporation.
22
            \_\_\_\_    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23          party to a proceeding in a district court must file a statement that identifies any
24          parent corporation and any publicly held corporation that owns 10% or more of its
            stock or states that there is no such corporation.
25
            \_\_\_\_    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26          alleged criminal activity is a corporation the government must file a statement
27          identifying the victim and the statement must also disclose the information required
            by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

\_\_\_\_    No such corporation.

\_\_\_\_    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_    Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_\_    Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service:

- 2 -