# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Autodesk, Inc., a Delaware corporation, | No. MC-09-00096-PHX-GMS |
| Plaintiff, | |
| vs. | **ORDER** |
| Dassault Systèmes Solidworks Corporation, a Delaware corporation, | |
| Defendant. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS HEREBY ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Frederick J. Martone. All future pleadings and papers submitted for filing shall bear the following complete case number: MC-09-00096-PHX-FJM.

DATED this 1st day of September, 2009.

_____
G. Murray Snow
United States District Judge