# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, a Delaware corporation,, <br><br> Defendant. | No. 2:09-mc-00096 <br><br> (United States District Court Northern District of California Case No. 3:08-cv-04397-WHA) <br><br> **ORDER** |

Having reviewed Plaintiff Autodesk, Inc.'s Motion for Expedited Briefing Schedule and good cause appearing,

IT IS HEREBY ORDERED that any Responses to Plaintiff's Motion to Compel shall be filed by 5:00 pm, September 15, 2009;

IT IS FURTHER ORDERED that Plaintiff's Reply in Support of it's Motion to Compel shall be filed by 5:00 pm, September 16, 2009 (doc. 6).

Dated this 14th day of September, 2009.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge

2087807.1

2087807.1