# JACKSONWHITE
## ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
By:    Adam B. Decker, No. 021461

Kenneth R. Davis II, *Admitted Pro Hac Vice*
davisk@lanepowell.com
Shawn M. Lindsay, *Admitted Pro Hac Vice*
lindsays@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  (503) 778-2100
Facsimile:  (503) 778-2200

Attorneys for *Non-Party Open Design Alliance*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>DASSAULT SYSTEMES SOLIDWORKS CORPORATION, a Delaware corporation,<br><br>            Defendant. | No. 2:09-mc-00096<br><br>(United States District Court Northern District of California Case No. 3:08-cv-04397-WHA)<br><br>**NON-PARTY OPEN DESIGN ALLIANCE'S RESPONSE TO AUTODESK, INC.'S MOTION TO COMPEL** |

Non-party Open Design Alliance ("ODA") responds to Autodesk, Inc.'s ("Autodesk") Motion to Compel as set forth in ODA's Motion for Protective Order

1

which is filed contemporaneously with this Response and hereby incorporated by this reference.

To summarize, the ODA moves this Court for a protective order quashing the subpoena served by Autodesk or, in the alternative, limiting the scope of discovery sought by Autodesk to matters that are not duplicative of documents and testimony already obtained by Autodesk in ongoing litigation between Autodesk and the ODA. The ODA also requests that, should the subpoena not be quashed, that the Court order Autodesk to pay its reasonable expenses incurred in responding to the subpoena. In any event, the ODA requests that the Court order Autodesk to reimburse the ODA for its attorneys' fees associated with the present motion as well as responding to Autodesk's Motion to Compel.

DATED this 15th day of September, 2009

**JACKSON WHITE PC**

By: /s/ Adam B. Decker
Telephone: (480) 464-1111

**LANE POWELL PC**

By: /s/ Shawn M. Lindsay
Telephone: (503)778-2100
Attorneys for Non-Party *Open Design Alliance*

COPY of the foregoing sent via email
and mail this 15th day of September, 2009, to:

/     /     /

Claude Stern [Mail Only]
Brian Cannon
Evette Pennypacker
Quinn Emanuel
555 Twin Dolphin Dr., Suite 560
Redwood Shores, California 94065
Attorneys for *Dassault Systemes Solidworks Corporation*

David W. Cowles [Mail and Email]
LEWIS AND ROCA, LLP
40 North Central Ave.
19th Floor
Phoenix, Arizona 85004-4429
Attorneys for Plaintiff *Autodesk, Inc.*

By: /s/ Pam Brimhall