UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Autodesk, Inc.,**<br>PLAINTIFF(S)<br><br>v.<br><br>**Dassault Systemes Solidworks Corp., et al.,**<br>DEFENDANT(S) | CASE NO.  **MC 09-96 PHX-FJM**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

  Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Motion for Protective Order #13* filed by *Adam Decker*:

  ☒ Leave of Court required to file a document.


**ACTION REQUIRED BY THE FILER**

  ☒ The deficiency must be corrected within one (1) business day of this notice.
  ☒ Electronically lodge the Motion for Protective Order using the "Lodged Proposed Document" event.